IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

TERESA HUFFMAN,                                    )
                                                   )
                          Plaintiff,               )
                                                   )
            v.                                     ) CIVIL ACTION NO.
                                                   )
FRANK BISIGNANO,                                   )
Commissioner of Social Security,                   )
                                                   )
                          Defendant.               )

<u>COMPLAINT</u>

1.  Plaintiff seeks judicial review pursuant to 42 U.S.C. § 405(g) and 42 U.S.C

§1383(c)(3) of an adverse decision dated February 26, 2025, of the defendant which became

final on November 4, 2025, and bears the following caption:

| **In the case of:** | **Claim for**: |
| **Teresa Huffman** | **Period of Disability.** |
| **(Claimant)** | **Disability Insurance Benefits and** |
| **SSN XXX-XX-0398** | **Supplemental Security Income** |
| | **BNC #21RH117E87714** |

2.  Plaintiff is a resident of Lincoln County, Hamlin WV.

WHEREFORE, Plaintiff seeks a judgment for such relief as may be proper, including

costs and attorney's fees.  Specifically, Plaintiff requests that this case be reversed and remanded

under the fourth sentence of 42 U.S.C. § 405(g).

Respectfully submitted,

By:     <u>s/ Kate M. Albert</u>
        WV Bar No. 14710
        Attorney for Plaintiff
        Kate M. Albert, Attorney at Law
        Chermol & Fishman, LLC
        11450 Bustleton Avenue
        Philadelphia, PA 19116
        Phone: 215-464-7200
        Fax: 215-464-7224
        Email: fdc@ssihelp.us

*This complaint is written in conformity with the Federal Rules of Civil Procedure, Supplemental Rules for Social Security Actions under 42 U.S.C. § 405 (g), Rules 1 & 2, effective December 1, 2022.*