IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ALLISON DODD; MADELYN AKIN;
LAUREN BELL; MADISON BOWEN;
KATHERINE FISHER; ELLA HOUK; PARKER LYNCH;
LAUREN MCNAMARA; NINA NUGENT;
LAUREN RAMSEY; SADIE ROGERS;
CHARLOTTE THOMPSON;
MOLLY WARNER; KARLEY WOLFGRAM;
and ZOE WUERDEMAN, individually and
on behalf of others similarly situated,

    Plaintiffs,

v.                                                                Case No. _____

MARSHALL UNIVERSITY and MARSHALL
UNIVERSITY BOARD OF GOVERNORS

    Defendant.

### PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Plaintiffs Allison Dodd, Madelyn Akin, Lauren Bell, Madison Bowen, Katherine Fisher, Ella Houk, Parker Lynch, Lauren McNamara, Nina Nugent, Lauren Ramsey, Sadie Rogers, Charlotte Thompson, Molly Warner, Karley Wolfgram, and Zoe Wuerdeman—a group of female student-athletes on Marshall University's swimming and diving team—bring this class action lawsuit against Marshall University and its Board of Governors (together, "Marshall") for discriminating against female student-athletes and potential student athletes on the basis of their sex in violation of Title IX of the Education Amendments of 1972 ("Title IX"), and by depriving them of equal opportunities to participate in varsity athletics.

Pursuant to Federal Rule of Civil Procedure 65, Plaintiffs respectfully move this Court to issue a temporary restraining order and a preliminary injunction prohibiting Marshall from eliminating any women's sport, including the women's swimming and diving team, pending a determination on the merits of their Title IX participation claim. Their entitlement to such relief is set forth in detail in Plaintiffs' Memorandum of Law in Support of Motion for Temporary Restraining Order and Preliminary Injunction, and in the Declarations and appended exhibits submitted in support of this Motion.

The Court should grant the Plaintiffs' Motion.

Dated: March 9, 2026                    Respectfully submitted,

/s/Nicholas S. Johnson
Nicholas S. Johnson (WV Bar No. 10272)
Cary Joshi (*pro hac vice* forthcoming)
Josh I. Hammack (*pro hac vice* forthcoming)
Savanna Jones (WV Bar No. 14565)
**BAILEY & GLASSER LLP**
1055 Thomas Jefferson Street NW, Suite 540
Washington, DC 20007
202.463.2101
202.463.2103 fax
njohnson@baileyglasser.com
cjoshi@baileyglasser.com
jhammack@baileyglasser.com
sjones@baileyglasser.com

E. Gabrielle Marcum (WV Bar No. 13902)
**BAILEY & GLASSER LLP**
94 Long Street, Suite 200
Westover, WV 26501
304.594.0087
304.594.9709 fax

*Attorneys for Plaintiffs*