IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JOSHUA KOEPSEL,**

      **Plaintiff,**

v.                                            **Civil Action No.:**
                                                 **Judge**

**STATE FARM FIRE AND
CASUALTY COMPANY,
NATHAN KING,
SUSAN HOGAN AND
CHRIS SPRANGER,**

      **Defendants.**

**NOTICE OF REMOVAL PURSUANT
TO U.S.C. §1446(a) AND (b)**

Come now Defendants, State Farm Fire and Casualty Company (hereinafter "State Farm"), Nathan King, Susan Hogan and Chris Spranger, by counsel, Sabrena Olive Gillis, and hereby give notice to the Plaintiff in accordance with the provisions of 28 U.S.C. §1446(a) and (b) (1996), that on the 11th day of March, 2026, Defendants duly filed in the United States District Court for the Southern District of West Virginia, at Charleston, this Notice of Removal of the above-captioned action and attaches hereto as exhibits the following: federal civil cover sheet (Exhibit A); a certified copy of the docket sheet for the state court action (Exhibit B); a true and complete copy of the circuit clerk's file, including the Summons and Complaint (Exhibit C); the Notice of Removal, pursuant to 28 U.S.C. §1446(d) filed in the Circuit Court of Kanawha County, West Virginia (Exhibit D); Answer of Defendant State Farm (Exhibit E); Answer of Defendant Nathan King (Exhibit F); Answer of Defendant Susan Hogan (Exhibit G); Answer of Defendant Chris Spranger (Exhibit H); Disclosure Statement of Defendant State

Farm (Exhibit I); Disclosure Statement of Defendant Nathan King (Exhibit J); Disclosure Statement of Defendant Susan Hogan (Exhibit K); and Disclosure Statement of Defendant Chris Spranger (Exhibit L) . The attached copies constitute all process, pleadings and orders served upon and by the defendant in the state court action.

    State Farm and the three individual defendants were served with process of the complaint via the West Virginia Secretary of State on February 9, 2026. The time within which Defendants are required to file the Notice of Removal of this action to the United States District Court for the Southern District of West Virginia has not expired at the time of its filing and service.

    As grounds for said removal, the Defendants say that this civil action is one which may be removed to the United States District Court by the Defendants herein, pursuant to the provisions of 28 U.S.C. §1441 (1991), in that the Defendant State Farm, who is a real party-in-interest who has been properly joined and served is not a citizen of the State of West Virginia, where the action was brought. In addition, Defendants King, Hogan and Spranger, who are real parties-in-interest who have been properly joined and served are not citizens of the State of West Virginia, where the action was brought. Further, the United States District Court for the Southern District of West Virginia has jurisdiction over the above-captioned action under the provisions of 28 U.S.C. §1332 (1996), in that this is a civil action wherein the matter in controversy exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

    Plaintiff seeks contractual damages under a Homeowner's Policy. The applicable Homeowner's Policy issued by State Farm to Plaintiff provides for Dwelling Coverage A in the amount of $725,000.00. Based upon Plaintiff's Complaint, Plaintiff obtained pre-suit estimates for dwelling

damage ranging from $47,291.00 to $52,746.57. Plaintiff alleges breach of contract and seeks both statutory and common law bad faith. Plaintiff requests compensatory damages, punitive damages, attorney's fees and costs. Plaintiff is a resident and citizen of Kanawha County, in the State of West Virginia. Defendant State Farm is, and was at all times relevant hereto, an Illinois corporation, with its principal place of business in Bloomington, Illinois. At all times relevant hereto, Defendant King was a resident of the state of Texas and Defendants Hogan and Spranger were residents of the State of Virginia.

Plaintiff is further notified that pursuant to 28 U.S.C. §1446(a) and (b) (1996), the above-captioned action has now been removed to the United States District Court for the Southern District of West Virginia, and the Circuit Court of Kanawha County, West Virginia, may take no further action in this matter unless and until this action is remanded.

STATE FARM FIRE AND CASUALTY COMPANY, NATHAN KING, SUSAN HOGAN, and CHRIS SPRANGER,
Defendants,

By Counsel,

/s/ Sabrena Olive Gillis
Sabrena Olive Gillis (WVSB #6942)
Shaffer & Shaffer, PLLC
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV  25339-3973
Telephone (304) 344-8716
*Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JOSHUA KOEPSEL,**

    **Plaintiff,**

v.                                             **Civil Action No.:**
                                                          **Judge**

**STATE FARM FIRE AND**
**CASUALTY COMPANY,**
**NATHAN KING,**
**SUSAN HOGAN AND**
**CHRIS SPRANGER,**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Sabrena Olive Gillis, do hereby certify that this 11th day of March, 2026, I electronically filed the ***"Notice of Removal Pursuant to U.S.C. §1446(a) and (b)"*** with the Clerk of the Court using the CM/ECF system, and served a copy of the same upon all counsel of record by placing a true and exact copy thereof in the regular course of the United States mail, postage prepaid, addressed as follows:

Brent K. Kesner
Anthony E. Nortz
Kevin C. Kidd
Kesner & Kesner, PLLC
112 Capitol Street
P.O. Box 2587
Charleston, WV  25329

                                                   /s/ Sabrena Olive Gillis
                                                   Sabrena Olive Gillis (WVSB #6942)