**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CANDACE AND MICHAEL BARASCH,**

   **Petitioners,**

**v.**             **Docket Number:**

**WARDEN M.M LEFEVER, as custodian of
LISA SCHIFF**

   **Respondent.**

**<u>PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM</u>**

COMES NOW petitioners Candace and Michael Barasch, by and through Paul Stroebel and Stroebel & Stroebel, PLLC, acting as local counsel for Mazzola Lindstrom LLP, and brings this petition for a writ of habeas corpus ad testificandum directed to the Warden of FPC Alderson, requiring the warden to produce for deposition (via video from FPC Alderson, to be recorded both stenographically and videographically) Lisa Schiff, inmate number 41644-511, at 10:30 am on May 8, 2026, as further ordered on April 1, 2026 in the pending civil court case before the New York State Supreme Court captioned *ADAM SHEFFER AND RICHARD GROSSMAN, CANDACE AND MICHAEL BARASCH v. AXIS INSURANCE COMPANY, VIGILANT INSURANCE COMPANY*, bearing index 652577/2024. In support thereof, petitioners, state under penalty of perjury, pursuant to 28 U.S.C. 1746, as follows:

  1.  On March 20, 2025, in the SDNY matter of *United States v. Schiff (1:24-cr-00605)*, Ms. Schiff was sentenced following her guilty plea to wire fraud, Count 1 in the indictment against her.[1] In sum, Ms. Schiff's fraud involved "the veneer of a genuine and successful art advisory

---

[1] As a courtesy, Counsel for Petitioners in New York, Mazzola Lindstrom, LLP, will serve a copy of this Petition and any Order granting Ms. Schiff's deposition to Ms. Schiff's previous criminal counsel.

business" used to fund her extravagant spending; she lied and stole millions from her art advisory clients, several of whom were close friends, including petitioners. She exploited her role as a trusted intermediary acting on behalf of her clients to accomplish her fraud. Two of the many of Ms. Schiff's fraud victims are Candace and Michael Barasch, prominent art collectors.

2.    On May 11, 2023, the Baraschs filed a lawsuit in the Supreme Court of the State of New York, which identified several artworks affected by Schiff's fraud including: (a) a painting by Adrian Ghenie, entitled *The Uncle 3*, 2019, oil on canvas, 86.61 by 102.36 inches (220 x 260 cm) (the "Ghenie"); (b) a sculpture by Nicholas Party, *Large Cat*, 2018, bronze, black patina, 78; and (c) four works by Arthur Jafa: (1) *Apex Grid* (2018), Epson fine art print face-mounted to Diasec acrylic on aluminum panel (105 1/2 x 352 1/2 x 2 1/4 in., 268 by 895.4 x 5.7 cm), Edition 2 of 3, + 2; (2) *Big Wheel II* (2018), chains, rim, hubcap, and tire (91 x 91 x 37 in., 231.1 x 231.1 x 94 cm); (3) *Mickey Mouse was a Scorpio* (2017), C-Print (52 x 83 in., 132.1 x 210.8 cm), Edition 1 of 10, + 2; and (4) *APEX* film (2013), video (color, sound), 8 minutes, 12 seconds, 1, Edition of 10, + 2 (together, the "Jafas"); such thefts being alleged to have been perpetrated by Lisa Schiff and Schiff Fine Art LLC, as further alleged in an action indexed 652287/2023, bearing the caption *Candace Barasch and Richard Grossman against Lisa Schiff, Schiff Fine Art LLC, SFA Advisory LLC, and Does 1-10.*

3.    On May 10, 2024, the Baraschs filed a lawsuit in the Supreme Court of the State of New York seeking a declaratory judgment for insurance coverage for the fraud perpetrated by Schiff entitled *ADAM SHEFFER AND RICHARD GROSSMAN, CANDACE AND MICHAEL BARASCH v. AXIS INSURANCE COMPANY, VIGILANT INSURANCE COMPANY*, 652577/2024.

4.    Schiff's testimony as to what she knew about the theft of the artworks is critical to

the state court proceedings.

5.    By the attached decision and order of April 1, 2026, of the New York Supreme Court, this Court is respectfully requested to issue an order directing the Warden of Federal Camp Alderson to produce Lisa Schiff, Inmate No. 41644-511, for deposition by video on May 8, 2026 at 10:30am. *See* Order Attached as Exhibit A.

6.    The New York Supreme Court decision and order granted the Baraschs' motion seeking to compel Ms. Schiff's testimony, recognizing that Ms. Schiff is a material and necessary witness.

7.    We hereby request that petitioners be provided time to depose Ms. Schiff on the questions of the personal and business relationship with the Baraschs and other related topics pertinent to the pending state court action.

8.    The factual statements set forth herein are made under penalty of perjury, pursuant to 28 U.S.C. 1746.

## Conclusion

For all the foregoing reasons, it is respectfully requested that the court issue a writ of habeas corpus ad testificandum, in accordance with the form submitted herewith, or in substantial conformance with the version submitted.

CANDACE AND MICHAEL BARASCH

By Counsel,

/s/ Paul E. Stroebel
Paul E. Stroebel, Esquire (WV BAR 13269)
Stroebel & Stroebel, PLLC
P.O. Box 2582
Charleston, WV  25329
Telephone: (304) 346-0197
Fax: (304) 346-6029
E-mail: paulstroebel1@gmail.com